# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUSAN GAIL STEPHENS,      )

                     Plaintiff,   )

           v.              )

NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )

                Defendant.  )

)

Case No. CV 17-03490-JEM

**JUDGMENT**

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this case dismissed with prejudice.

DATED: April 6, 2018

                         */s/ John E. McDermott*
                         JOHN E. MCDERMOTT
              UNITED STATES MAGISTRATE JUDGE